# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# ALEXANDRIA DIVISION

**LEON SHARP**

**-vs-**

**RUSSELL BUTLER, ET AL.**

**CIVIL ACTION NO. 03-CV-0218-A**

**JUDGE LITTLE**

## JUDGMENT

Before the court is the report and recommendation of the magistrate suggesting that the Motion for Summary Judgment filed by Russell Butler, Kenneth Byrnes, Samantha Jordan, Stephanie Morgan, and Bo Whittington–the remaining Defendants in this matter–be granted. *Pro se* Plaintiff, Leon Sharp, has not filed an objection to the magistrate's report. After full record review, the court adopts the reasoning and conclusion of the magistrate. Defendants' Motion for Summary Judgment is GRANTED.

Alexandria, Louisiana

20 June 2005

_____
F. A. LITTLE, JR.
UNITED STATES DISTRICT JUDGE